# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**PAUL MISKELL,**  No.08-cr-30244-DRH

**Defendant.**

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendant Miskell's motion to continue trial (Doc. 14). Defendant Miskell argues that his counsel is involved in several other trials in other cases through out the months of January and February and will not have time to prepare for trial and the dates conflict with the trial at bar. To force a defendant to trial without adequate preparation or to force him to obtain other counsel at this late date against his wishes would constitute a miscarriage of justice. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and Defendant Miskell in a speedy trial.[1] Therefore, the Court **GRANTS** Defendant Miskell's motion to continue trial (Doc. 14) and **CONTINUES** the trial set for February 9, 2009 until **March 16, 2009 at 9:00 a.m.** The time from the date Defendant Miskell's motion was filed, January 8, 2009, until the date on which the

---

[1] The Court notes that Defendant Miskell signed a waiver of the Speedy Trial Act on January 8, 2009 (Doc. 13).

trial is rescheduled, March 16, 2009, is excludable time for the purposes of a speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 9th day of January, 2009.

/s/ David R Herndon
**Chief Judge
United States District Court**