IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

PAUL MISKELL,                                                      No. 08-30244-DRH

Defendant.

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant's motion for continuance (Doc. 16). The motion is unopposed. Defendant Miskell argues that his counsel is involved in two other trials which conflict with the date for the trial at bar. The Court finds that the trial should be postponed in order to allow Defendant's current counsel the opportunity to represent Defendant at trial. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and Defendant in a speedy trial because failure to grant such a continuance would unreasonably deny Defendant continuity of counsel.

Therefore, the Court **GRANTS** Defendant's motion to continue trial (Doc. 16). The Court **CONTINUES** the jury trial scheduled for March 16, 2009 to **April 27, 2009 at 9:00 a.m.** The time from the date the original motion was filed, February 12, 2009, until the date to which the trial is rescheduled, April 27, 2009, is excludable time for the purposes of a speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 17th day of February, 2009.

/s/     *David R Herndon*
**Chief Judge**
**United States District Court**