IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

PAUL MISKELL,

Defendant.                                                          No. 08-30244-DRH

ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendant Miskell's Motion for Continuance (Doc. 18). Defendant Miskell argues that he needs additional time to review discovery in this case as his counsel as been unable to complete a review of the discovery due to court appearances and health issues. Defendant further argues that negotiations in this case are on going and after a review of the discovery, Defendant may be able to resolve the above captioned case in an agreed disposition. To force a Defendant to trial without adequate time to prepare would result in a miscarriage of justice. Further, the Court finds that pursuant to **18 U.S.C. § 3161 (h)(7)(A)**, the ends of justice served by the granting of such a continuance outweigh the best interests of the public and Defendant in a speedy trial. Forcing the parties to trial on a case that appears to have great potential to resolve amicably would be a great miscarriage of justice.

Therefore, the Court **GRANTS** Defendant Miskell's motion for continuance (Doc. 18). The Court **CONTINUES** the jury trial scheduled for April 27,

2009 until **July 27, 2009 at 9:00 a.m.** The time from the date the original motion was filed, April 9, 2009, until the date on which the trial is rescheduled, July 27, 2009, is excludable for purposes of a speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**
Signed this 13th day of April, 2009.

/s/ DavidRHerndon
**Chief Judge**
**United States District Court**