**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**PAUL MISKELL,**

**Defendant.**                                         **No. 08-30244-DRH**

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

      Before the Court is a motion for continuance filed by Defendant Paul Miskell (Doc. 27).  Defendant requests a continuance because he is currently engaged in negotiations with the Government and believes that this matter may be resolved in an agreed disposition.   The Government does not object to a continuance. Defendant Miskell also asks that the Court schedule a change of plea and sentencing hearing before trial in light of the expedited PSR that was ordered in this case. Based on the reasons in the motion, the Court finds that the trial should be postponed in order to allow Defendant Miskell more time in which to conduct negotiations with the government.  In addition, the Court funds that pursuant to **18 U.S.C. § 3161(h)(7)(A)**, the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial.   Further, forcing the parties to trial on a case that appears to have great potential to resolve amicably would be a great miscarriage of justice.

      Therefore,  the  Court  **GRANTS**  Defendant  Miskell's  motion  for

continuance (Doc. 27).  The Court **CONTINUES** the jury trial currently scheduled for October 19, 2009 until **November 30, 2009 at 9:00 a.m.**   The Court further **CONTINUES** the change of plea and sentencing hearing scheduled for October 15, 2009 until **November 20, 2009 at 2:30 p.m.**   The time from the date Defendant's motion was filed, October 13, 2009, until the date on which the trial is rescheduled, November 30, 2009 is excludable for purposes of a speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 13th day of October, 2009.

/s/      David R Herndon

**Chief Judge**
**United States District Court**